UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AGATHA LORAINE JONES<br>  DEBTOR | CASE NO. : 09-12086 |
| | SECTION "A" |
| U.S. BANK, N.A.<br>  MOVER | CHAPTER 13 |

ORDER APPROVING TERMS OF STIPULATION

This matter came to be considered on the Motion for Relief from Stay filed by U.S. BANK, N.A. ("Mover") and the Stipulation resolving the Motion signed by Mover and Counsel for Debtor(s).

Mover has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date for the Motion; and

The Court having considered the merits of the Motion and all exhibits attached thereto as well as the following Stipulation terms:

Debtor is in arrears for the August, 2009 through and including January, 2010 post petition payments in the amount of $7,036.46  Debtor shall amend the plan to cure arrearages in the amount of $7,036.46 for the August, 2009 through and including January, 2010 post petition payments, late charges and attorney fees and cost on or before February 9, 2010.

IT IS ORDERED, that the Debtor(s) shall maintain monthly post-petition payments to Mover outside the Chapter 13 plan beginning with a payment due on February, 2010, in the amount of $1,013.86 each.  Failure by the Debtor(s) to make any payment within 30 days of the date due, or otherwise comply with the approved Stipulation terms, shall constitute a default under the terms of this order.

IT IS FURTHER ORDERED, that upon the occurrence of a default, Mover shall notify Debtor(s) and Debtor's counsel, in writing, of Mover's intent to file an affidavit and proposed Order Granting Relief from the Automatic Stay if the default is cured with <u>10</u> days of date if the notice.

If the default is not cured within <u>10</u> days after notice of default, then upon the filing of an affidavit by Mover attesting to the occurrence of a even of default by the Debtor(s), an Order may be entered without further hearing, terminating the stay imposed by 11 U.S.C 362(a) of the Bankruptcy Code with respect to Mover, its successors and assigns.

Date: 2/7/09

UNITED STATE BANKURPTCY JUDGE

SUBMITTED BY:

/s/ Jacob S. Edwards
Jacob S. Edwards (Bar Roll No.30492)
The Boles Law Firm
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71201
(318) 388-4050

Attorney for Mover

/s/ Claude C. Lightfoot, Jr.
Claude C. Lightfoot, Jr. (Bar Roll No.)
650 Poydras Street
Suite 1010
New Orleans, LA 70130
(504) 799-2565

Attorney for Debtor(s)